**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KAREL MOLINA,

Petitioner,

v.

ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, et al.,

Respondents.

Case No. 5:26-cv-04332-JFW-DFM

Order Accepting Report and Recommendation of United States Magistrate Judge

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 19) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of Habeas Corpus is GRANTED IN PART.

3. Respondents are ENJOINED from removing Petitioner Karel Molina (A# 076-171-834) to Mexico or any other third country unless and until Respondents have provided Petitioner with notice and a meaningful opportunity to present a claim of fear of persecution or harm upon removal to

Mexico (or any other designated third country) or any other applicable legal claim at a hearing before an Immigration Judge before such removal, with at least five (5) business days' written notice of such hearing provided in advance to Petitioner and his counsel.

4. Petitioner's request for release is DENIED without prejudice.

Date: September 18, 2026

JOHN F. WALTER
United States District Judge