JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| KAREL MOLINA,<br><br>Petitioner,<br><br>v.<br><br>ACTING OR CURRENT SECRETARY OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case No. 5:26-cv-04332-JFW-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is **GRANTED IN PART**.

2. Respondents are **ENJOINED** from removing Petitioner Karel Molina (A# 076-171-834) to Mexico or any other third country unless and until Respondents have provided Petitioner with notice and a meaningful opportunity to present a claim of fear of persecution or harm upon removal to Mexico (or any other designated third country) or any other applicable legal claim at a hearing before an Immigration Judge before such removal, with at least five (5) business days' written notice of such hearing provided in advance to Petitioner and his counsel.

3. Petitioner's request for release is **DENIED** without prejudice.

Date: September 18, 2026

JOHN F. WALTER
United States District Judge